**E-Filing**

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

FEB -9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> MARTIN MARTINEZ-RODRIGUEZ, <br>    Defendant. | No. 06-00055 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

    On February 2, 2006, the parties in this case appeared before the Court for an arraignment. After the defendant was arraigned and entered a plea of not guilty, Assistant United States Attorney Susan Knight explained to the Court that the defendant had retained Robert Helfend as of February 1, 2006. Therefore, in order for Mr. Helfend to review the discovery in the case, AUSA Susan Knight requested an exclusion of time under the Speedy Trial Act from February 2, 2006 to March 6, 2006. The defendant, through Assistant Federal Public Defender Angela Hansen who represented him at the arraignment, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity of counsel and for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
No. 06-00055 JW                                                                    1

| | |
|---|---|
| 1  SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | |
| 3  DATED: 2/7/06 | */s/* |
| 4 | SUSAN KNIGHT<br>Assistant United States Attorney |
| 5  DATED: 2-6-06 | */s/* |
| 6 | ROBERT M. HELFEND<br>Counsel for Mr. Martinez-Rodriquez |

9   Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
10  under the Speedy Trial Act from February 2, 2006 to March 6, 2006. The Court finds, based on
11  the aforementioned reasons, that the ends of justice served by granting the requested continuance
12  outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
13  the requested continuance would deny defense counsel reasonable time necessary for effective
14  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
15  of justice. The Court therefore concludes that this exclusion of time should be made under 18
16  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
17  SO ORDERED.

19  DATED: 2/9/06

RICHARD SEEBORG
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
NO. 06-00055 JW                     2