ROBERT M. HELFEND
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
310 -317 - 2284
Attorney for Defendant
MARTIN MARTINEZ-RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR 06-00055-1 JW |
|                              ) | |
|           Plaintiff,         ) | STIPULATION REGARDING |
|                              ) | CONTINUANCE OF |
|                              ) | SENTENCING DATE |
|       v.                     ) | |
|                              ) | |
|                              ) | |
| MARTIN MARTINEZ-RODRIGUEZ,   ) | |
|                              ) | |
|           Defendant.         ) | |

   Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California, and Defendant, Martin Martinez-Rodriguez, by and through his counsel of record, Robert M. Helfend, hereby stipulate as follows:

1. Defense Counsel has been engaged in a 2 defendant, homicide jury trial from August 3, to August 18, 2006. Currently, the jury is deliberating their verdict. Further, Counsel has a pre-arranged vacation scheduled for the last week of August.

2.  More time is needed in which to schedule Mr. Martinez's probation interview in a timely manner.

3.  The Government has no objection to the continuance.

4. The sentencing date currently set for October 16, 2006, be continued to November 13, 2006, at 1:30 p.m., or at a date more convenient for the Court.

///

///

///

///

1  IT IS SO STIPULATED:

2  Dated:                                          Respectfully Submitted,

3

4  _____
   SUSAN KNIGHT
5  Assistant United States Attorney
   Attorneys for Plaintiff
6  United States of America

7  Dated:

8  _____
   ROBERT M. HELFEND
9  Attorney for Defendant
   MARTIN MARTINEZ-RODRIGUEZ

10

11

12
                                ORDER
13

14

15  IT IS HEREBY ORDERED that the sentencing date currently set for October 16, 2006, be

16  continued to November 13, 2006, at 1:30 p.m., or at a date more convenient for the Court.

17  IT IS SO ORDERED this   4th   day of   October   , 2006.

18

19

20  _____
    HONORABLE JAMES WARE
21  UNITED STATES DISTRICT JUDGE