ROBERT M. HELFEND
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
310 -317 - 2284
Attorney for Defendant
MARTIN MARTINEZ-RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN MARTINEZ-RODRIGUEZ,<br><br>　　　　Defendant. | No. CR 06-00055-1 JW<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING DATE |

   Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California, and Defendant, Martin Martinez-Rodriguez, by and through his counsel of record, Robert M. Helfend, hereby stipulate as follows:

1. More time is needed in which to translate Mr. Martinez's proposed presentence report for Mr. Martinez, as well as prepare and serve Mr. Martinez's objection(s), letters of reference, possible exhibits and sentencing memorandum.

3.  The Government has no objection to the continuance.

4.  The sentencing date currently set for November 13, 2006, be continued to January 8, 2007, at 1:30 p.m., or at a date more convenient for the Court.

///

///

///

///

///

IT IS SO STIPULATED:

Dated:                                    Respectfully Submitted,

_____
SUSAN KNIGHT
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

Dated:

_____
ROBERT M. HELFEND
Attorney for Defendant
MARTIN MARTINEZ-RODRIGUEZ

ORDER

IT IS HEREBY ORDERED that the sentencing date currently set for November 13, 2006, be continued to January 8, 2007, at 1:30 p.m., or at a date more convenient for the Court.

IT IS SO ORDERED this   1st   day of   Novemeber  , 2006.

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE